### HEYWOOD cont^a MAST^r

Anthony Haywood plaint. cont^a Edward Master Defend^t  The plaint. withdrew his Action.

### OBINSON cont^a HILL

William Obinson plaint. cont^a Thomas Hill Defend^t in an action of the case for that the s^d Hill hath not put and kep't in repaire a barke Mill, houseing & fences & other concerns according to lease or covenant under his hand and Seale bearing date. 24° August. 1676. whereby the s^d Obinson is greatly damnified this w^th all other due damages: . . . The Iury . . . found for the Defend^t costs of Court, Allowed thirteen Shillings four pence.

[ See Hill v. Obbinson, below, p. 1094, and cf. Gilbert v. Obinson, above, p. 738.]

### WALDRON agt. WOOLCOT

William Waldron plaint. cont^a John Woolcot Sen^r Defend^t According to Attachm^t  The Defend^t moved for a nonsute objecting that neither plaint. nor Defend^t were livers in this County, hee being a liver in Newberry and the plaint. in a former Attachm^t taken out ag^t the Defend^t calling himselfe of Dover.  The granted a nonsute and allowed the Defend^t costs twenty Shillings and six pence.

### SAVAGE cont^a HUTCHINSON

Ephraim Savage who married with Sarah Relict and Adm^x of the Estate of Obadiah Walker plaint. cont^a Elisha Hutchinson who married with Elisabeth Relict and Adm^x of the Estate of Iohn Freake dece^d Defend^t  The plaint. was nonsuted in failure of giving Summons the reading of the Attachm^t to the Defend^t being before his goods were Attached.